

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      Chris Wilmot  **v.**  Harry A. Bouknight, Junior

Appellate case number:   01-13-00738-CV

Trial court case number:  2010-00373

Trial court:                    295th District Court of Harris County

Date motion filed:          April 17, 2015

Party filing motion:        Appellant, Chris Wilmot

       It is ordered that the motion for rehearing is **DENIED.**


Judge's signature: Evelyn V. Keyes_____
                       Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings and Keyes_____


Date:  July 28, 2015_____